No. D–827.  In re Disbarment of Coghlan.  Disbarment entered.  [For earlier order herein, see *ante*, p. 950.]

No. D–849.  In re Disbarment of Reiner.  It is ordered that Edward Norman Reiner, of Alexandria, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–850.  In re Disbarment of Morrison.  It is ordered that James Robert Morrison III, of Alton, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–851.  In re Disbarment of Dworkin.  It is ordered that Edwin Lawrence Dworkin, of Randallstown, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–852.  In re Disbarment of Voorhies.  It is ordered that Peter Gordon Voorhies, of Portland, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–853.  In re Disbarment of Jones.  It is ordered that Richard D. Jones, of Kansas City, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88–1480.  Reves et al. *v.* Arthur Young & Co.  C. A. 8th Cir.  [Certiorari granted, 490 U. S. 1105.]  Motion of respondent to substitute Ernst & Young as respondent in place of Arthur Young & Co. granted.

No. 88–2018.  Illinois *v.* Rodriguez.  App. Ct. Ill., 1st Dist. [Certiorari granted, *ante*, p. 932.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.